IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRITZ NEMSKY | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-cv-781-SMY-GCS |
| MADISON COUNTY ILLINOIS, AN ILLINOIS MUNICIPALITY, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** July 10, 2019

MARGARET M. ROBERTIE,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE
DISTRICT JUDGE**